HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
Ernest Garza Reyes

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff,* <br><br> vs. <br><br> ERNEST GARZA REYES, <br><br> *Defendant.* | No. 1:13-cr-00193 AWI <br><br> STIPULATION TO VACATE TRIAL DATE AND SET FOR CHANGE OF PLEA; [PROPOSED] ORDER THEREON <br><br> Date:  August 25, 2014 <br> Time:  10:00 a.m. <br> Judge: Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DAVID L. GAPPA, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Ernest Garza Reyes, that the August 26, 2014 trial date may be vacated, and that this matter may be scheduled for a change of plea on August 25, 2014.

Defendant Garza Reyes realizes that if convicted, whether through change of plea or at trial, he will be remanded into custody.  He desires to remain out of custody as long as possible to continue working to provide financial support for his family, to continue to participate in counseling, and to address his spiritual growth.  However, Garza Reyes also wishes to allow for the court to plan its schedule efficiently, to relieve the government of the burden of preparing for a trial that is extremely unlikely to occur, and to retain the possibility of receiving a full three level reduction for acceptance of responsibility under the sentencing guidelines.  For these

reasons he is requesting that the trial date be vacated and that the matter be scheduled for a change of plea on August 25, 2014.

Time has already been excluded through the August 26, 2014 trial date. However, the parties also agree that any delay resulting vacating the trial date and setting for change of plea shall be excluded as necessary for ruling on the motions and effective defense preparation pursuant to 18 U.S.C.§§3161(h)(1)(D), 3161(h)(7)(A) and 3161(B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: July 1, 2014    By:    /s/ *David L. Gappa*
DAVID L. GAPPA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: July 1, 2014    By:    /s/ *Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
Ernest Garza Reyes

O R D E R

IT IS SO ORDERED. The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C.§§3161(h)(1)(D), 3161(h)(7)(A) and 3161(B)(iv).

IT IS SO ORDERED.

Dated:   July 1, 2014                    _____
                                         SENIOR DISTRICT JUDGE

Garza Reyes: Stipulation to Vacate Trial            2