HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
Ernest Garza Reyes

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  ERNEST GARZA REYES,  *Defendant.* | No. 1:13-cr-00193-AWI-BAM  **STIPULATION TO CONTINUE SENTENCING, ORDER THEREON**  Date:   December 8, 2014, 2014  Time:   10:00 a.m.  Judge:  Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, DAVID L. GAPPA, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Ernest Garza Reyes, that the date for sentencing may be continued to **December 8, 2014, at 10:00 a.m.**, or the soonest date thereafter convenient to the court. Sentencing is currently scheduled for **November 17, 2014.**

This continuance is being requested by the defense to allow time for additional investigation prior to sentencing. Also, Mr. Reyes pled guilty without a plea agreement. The requested continuance will allow additional time for the parties to attempt to negotiate an agreed upon sentence, rather than litigating the issue.

The parties agree that any delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C.§§ 3161(h)(7)(A) and

3161(B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

|  |  |  |
|---|---|---|
|  |  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: October 27, 2014 | By: | /s/ *David L. Gappa*<br>DAVID L. GAPPA<br>Assistant U. S. Attorney<br>Attorney for Plaintiff |
|  |  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: October 27, 2014 | By: | /s/ *Eric V. Kersten*<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorney for Defendant<br>Ernest Garza Reyes |

O R D E R

IT IS SO ORDERED. The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(B)(iv).

IT IS SO ORDERED.

Dated:   October 28, 2014                              _____
                                                        SENIOR  DISTRICT  JUDGE