HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
Ernest Garza Reyes

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:13-cr-00193 AWI |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| vs. | Date:   February 23, 2015 |
| ERNEST GARZA REYES, | Time:   10:00 a.m. |
| Defendant. | Judge:  Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DAVID L. GAPPA, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Ernest Garza Reyes, that the date for sentencing may be continued to February 23, 2015.

On November 24, 2014, Defendant Garza Reyes filed a motion to continue sentencing to allow additional time for defense preparation, including the completion of a psychological evaluation of defendant. The court granted the defendants motion and directed the parties to file a stipulation to a new, mutually agreeable sentencing date. The parties have conferred and agreed upon February 23, 2015. This date will allow for the completion of the needed defense preparation.

The parties also agree that any delay resulting from this continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C.§§3161(h)(1)(D) and

3161(B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: December 4, 2014          By:     /s/ *David L. Gappa*
                                         DAVID L. GAPPA
                                         Assistant United States Attorney
                                         Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: December 4, 2014          By:     /s/ Eric V. Kersten
                                         ERIC V. KERSTEN
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         Ernest Garza Reyes

**O R D E R**

IT IS SO ORDERED.

Dated:   December 4, 2014          _____
                                   SENIOR DISTRICT JUDGE