HEATHER E. WILLIAMS, #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
Ernest Garza Reyes

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:13-cr-00193 AWI |
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE SENTENCING; ORDER THEREON |
| vs. | ) ) | Date:   April 20, 2015 |
| ERNEST GARZA REYES, | ) ) | Time:   10:00 a.m. Judge:  Hon. Anthony W. Ishii |
| Defendant. | ) ) ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, BRIAN W. ENOS, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Ernest Garza Reyes, that the sentencing hearing currently scheduled for February 23, 2015, may be continued to April 20, 2015.

Defendant Garza Reyes pled guilty without a plea agreement and is awaiting sentencing. The defense has retained an expert and is awaiting receipt of a report will be available the week of February 16, 2015.  It is hoped that that the contents of the report and additional defense investigation will assist the parties to reach agreement on an appropriate resolution of the case, potentially eliminating the need for a contested sentencing hearing.

///

The parties agree that any delay resulting from this continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C.§ 3161(h)(7)(B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: February 13, 2015        By:    /s/ *Brian W. Enos*
                                                          BRIAN W. ENOS
                                                           Assistant United States Attorney
                                                          Attorney for Plaintiff

                                                HEATHER E. WILLIAMS
                                                Federal Defender

DATED: February 13, 2015        By:    */s/ Eric V. Kersten*
                                                          ERIC V. KERSTEN
                                                          Assistant Federal Defender
                                                          Attorney for Defendant
                                                          Ernest Garza Reyes

## O R D E R

IT IS SO ORDERED. The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C.§3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  February 13, 2015                                                  
                                                 SENIOR DISTRICT JUDGE