HEATHER E. WILLIAMS, #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
Ernest Garza Reyes

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:13-cr-00193-AWI-BAM |
| *Plaintiff,* | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| vs. | Date:   May 18, 2015 |
| ERNEST GARZA REYES, | Time:   10:00 a.m. |
| *Defendant.* | Judge:  Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, BRIAN W. ENOS, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Ernest Garza Reyes, that the sentencing hearing currently scheduled for April 20, 2015, may be continued to May 18, 2015.

Defendant Reyes pled guilty without a plea agreement and is awaiting sentencing. New counsel was recently assigned to represent the government in this matter and the parties are requesting additional time to review the forensic evidence and meet to attempt to resolve disputed issues regarding the guideline calculations contained in the presentence investigation report. The parties also intend to engage in negotiations that may result in a joint recommendation regarding the proper resolution of the case, potentially eliminating the need for a contested sentencing hearing.

The parties agree that any delay resulting from this continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C.§ 3161(h)(7)(B)(iv). For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: April 15, 2015         By:   /s/ *Brian W. Enos*
                                    BRIAN W. ENOS
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: April 15, 2015         By:   /s/ *Eric V. Kersten*
                                    ERIC V. KERSTEN
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    Ernest Garza Reyes

O R D E R

IT IS SO ORDERED. The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C.§3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   April 15, 2015                    _____
                                           SENIOR  DISTRICT  JUDGE