BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:13-cr-00193-AWI-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE MAY 18, 2015 SENTENCING HEARING TO JULY 20, 2015** |
| v. | Date:  July 20, 2015<br>Time: 10:00 a.m.<br>Ctrm:   2 |
| ERNEST GARZA REYES, | Hon. Anthony W. Ishii |
| Defendant. | |

THE PARTIES TO THIS ACTION HEREBY STIPULATE, by and through their respective attorneys of record, that the pending sentencing hearing regarding this matter may be continued from Monday, May 18, 2015 at 10:00 a.m. until Monday, July 20, 2015 at 10:00 a.m.

This stipulation is based on good cause. To explain, defendant Garza Reyes pled guilty without a plea agreement and is awaiting sentencing. Since the parties did not agree to the application of particular sentencing enhancements as part of a written plea agreement, counsel for each of the parties have engaged in significant discussions to determine the extent they could agree to any such enhancements, by way of a separate, pre-sentencing stipulation, prior to sentencing's commencement.

1

1  Counsel for the parties also discussed mitigation in this case, including the extent the government may
2  agree to a downward variance in exchange for a potential appellate waiver.  Since defendant is currently
3  housed at the Lerdo Pre-Trial Detention Facility in Kern County, defense counsel needs to arrange for
4  defendant's transport to Fresno County in order to communicate the substance of these discussions.
5       In addition, the defense awaits the pending arrival of a final draft of a psychiatric evaluation it
6  has arranged to be prepared in advance of sentencing.  The defense anticipates relying heavily on its
7  contents within its sentencing briefing, and understands it will have sufficient time to receive this
8  evaluation and incorporate it into its briefing in advance of the agreed continuance date.  The parties
9  have also cleared this date with the court.
10      For the above stated reasons, the stipulated continuance will conserve time and resources for
11 both the parties and the court, and the delay resulting from this continuance shall be excluded in the
12 interests of justice pursuant to 18 U.S.C. § 3161(h) (7)(A).

Dated: May 13, 2015                                By: /s/ Eric V. Kersten
                                                   Eric V. Kersten
                                                   Attorney for Defendant
                                                   ERNEST GARZA REYES

Dated: May 14, 2015                                BENJAMIN B. WAGNER
                                                   United States Attorney

                                                   By: /s/ Brian W. Enos
                                                   Brian W. Enos
                                                   Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:   May 14, 2015            _____
                                  SENIOR  DISTRICT  JUDGE

2