HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
ERNEST GARZA REYES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:13-CR-00193 AWI |
|---|---|
| Plaintiff, | ) STIPULATION RE BUREAU OF PRISONS ) RECOMMENDATION; ORDER"VJ GTGQP |
| vs. | ) |
| ERNEST GARZA REYES, | ) Hon. Anthony W. Ishii |
| Defendant. | ) |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Brian W. Enos, Counsel for Plaintiff, and Assistant Federal Defender, Eric V. Kersten, Counsel for Defendant Ernest Garza Reyes, that the Court may make the following recommendation to the United States Bureau of Prisons:

> The Court recommends that the defendant be incarcerated in a California facility, specifically Lompoc, but only insofar as this accords with security classification and space availability.

///

///

///

Mr. Reyes respectfully requests that this recommendation be made to facilitate visits from his family while he serves his term of incarceration.

                                                  BENJAMIN B. WAGNER
                                                  United States Attorney

DATED: September 8, 2015                      */s/ Brian W. Enos*
                                                  BRIAN W. ENOS
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff

                                                  HEATHER E. WILLIAMS
                                                  Federal Defender

DATED: September 8, 2015                      */s/ Eric V. Kersten*
                                                  ERIC V. KERSTEN
                                                  Assistant Federal Defender
                                                  Attorney for Defendant
                                                  ERNEST GARZA REYES

**O R D E R**

IT IS SO ORDERED.

Dated:  September 8, 2015                    _____
                                           SENIOR DISTRICT JUDGE